**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6203**

———————————

PHILIP EDWARD MCAFEE, JR.,

                              Plaintiff - Appellant,

        versus

RONALD J. ANGELONE,

                              Defendant - Appellee.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-99-571-7)

———————————

Submitted:  May 11, 2000            Decided:  May 18, 2000

———————————

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Philip Edward McAfee, Jr., Appellant Pro Se.  Robert H. Anderson, III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Philip McAfee appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See McAfee v. Angelone, No. CA-99-571-7 (W.D. Va. Jan. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED